# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 19-7775 JVS (1:19bk10299-VK) | Date | December 30, 2019 |
|---|---|---|---|
| Title | IN RE Paula Parisi: Paula Parisi. v. U.S. Trustee | | |

Present: The Honorable **JAMES V. SELNA, U.S. DISTRICT JUDGE**

| Lisa Bredahl | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS appellant(s) to show cause in writing no later than **January 17, 2020** why this action should not be dismissed for lack of prosecution.

This Order is based upon appellant's failure to file the required opening brief as required under the Federal Rules of Bankruptcy Procedure 8014, 8015, 8016, and 8018. (See Docket No. 17) and the Court's Order of November 26, 2019 (see Docket No. 16.)

If this case has been settled and/or dismissed in the Bankruptcy Court counsel/parties must file a **separate** dismissal in the District Court.

: 0

Initials of Preparer    lmb